**Order filed June 28, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00179-CR
_____

**JOHNATHAN GRAHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1549812**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Defense exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and State exhibit 1.**

The clerk of the 248th District Court is directed to deliver to the Clerk of this court the original of order **Defense exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and State exhibit 1**, on or before **July 5, 2019.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of order Defense exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and State exhibit 1., to the clerk of the 248th District Court.


PER CURIAM


Panel Consists of Justices Christopher, Hassan and Poissant